USCA1 Opinion

 

 [NOT FOR PUBLICATIONNOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1869 UNITED STATES, Appellee, v. ROBERT M. BARRY, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] Before Selya, Boudin and Lynch, Circuit Judges.     Robert M. Barry on brief pro se. Donald K. Stern, United States Attorney, and Robert E.Richardson, Assistant U.S. Attorney, on brief for appellee.September 16, 1999     Per Curiam. Defendant Robert M. Barry appeals from the denial of his motion to correct his sentence, filed under Fed. R. Crim. P. 36. We have carefully reviewed the record and the parties' briefs and conclude that the addition of restitution in the written judgment of conviction was authorized by Fed. R. Crim. P. 35(c). See United States v. Uccio, 917 F.2d 80 (2d Cir. 1990). Because the district court had the power to make this correction, there is no error in the written judgment and defendant is not entitled to its correction. The judgment of the district court is affirmed. See Local Rule 27.1.